# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR DALE TULLIS,
                 Appellant,
        vs.
NICHOL ADRIENNE TULLIS,
               Respondent.

No. 70880

FILED

JAN 0 6 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from district court orders in an action for divorce. Eighth Judicial District Court, Clark County; Mathew Harter, Judge.

When our preliminary review of the docketing statement and the NRAP 3(g) documents revealed a potential jurisdictional defect, on November 17, 2016, we directed appellant to, within 30 days, show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, we noted that it appeared that the notice of appeal was prematurely filed before the entry of a final written judgment, and that a district court's minute order is ineffective for any purpose and cannot be appealed. *See Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 747 P.2d 1380 (1987).

17-00474

To date, appellant has failed to respond to our order to show cause or to otherwise demonstrate that this court has jurisdiction to consider this appeal. Accordingly, it appears we lack jurisdiction, and we ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Mathew Harter, District Judge
Robert E. Gaston, Settlement Judge
Kehoe & Associates
Kelleher & Kelleher, LLC
Eighth District Court Clerk